UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARISSA HEINRICH, | ) | |
| | ) | |
| Plaintiff | ) | 1:07-CV-0575 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| ANPAC, | ) | ORDER TRANSFERRING CASE |
| | ) | TO SACRAMENTO DIVISION |
| Defendant | ) | |

It appearing that proper venue of this matter is within the Sacramento division of this court;

IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of California at Sacramento. The hearing on Motion to Transfer currently set before Judge Oliver W. Wanger is VACATED. The matter will need to be reset before the newly assigned judge.

IT IS SO ORDERED.

**Dated:   May 17, 2007**            /s/ Oliver W. Wanger
                    UNITED STATES DISTRICT JUDGE

1